## SETH BARNEY *versus* SCHOONER COMMODORE DECATUR

PAPERS IN FILE (1819): (1) Libel; (2) summons for Abraham Edwards and Edward Brooks; (3) subpoena.

## ELIZABETH KING *versus* JOSEPH KING

PAPERS IN FILE (1819–20): (1) Libel; (2) confession of service and of petitioner's right to a decree; (3) motion to withdraw plea; (4) bill of costs; (5) copy of agreement to dissolve marriage.

## PIERRE CHENE *versus* JOHN MELDRUM, ADMINISTRATOR

. . . . . . . . . . . . . . . . . . .

PAPERS IN FILE: [None]
*Office Docket*, MS p. 89, c. 30.

## DeGARMO JONES FOR THE USE OF ASA SANFORD *versus* GABRIEL RICHARD

PAPERS IN FILE (1820): (1) Transcript of records of county court.